UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIU YING LUO,<br><br>                          Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, Secretary of Homeland Security, et al.,<br><br>                          Defendants. | Case No.  2:09-cv- 03425- JAM-EFB<br><br>**ORDER GRANTING MOTION TO REMAND TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** |

Pursuant to Defendants' Motion to Remand with Instructions and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b), with instructions to adjudicate the application for naturalization within 30 days from the date of service of this Order.

IT IS SO ORDERED.

DATED: May 19, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE